AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| _Booplet Sysoumong_ | ) | Case No. 24-mj- 41066 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _5/14/26_

_____
Defendant's signature

_____
Signature of defendant's attorney

_Mark Shea   558319_
Printed name and bar number of defendant's attorney

_88 Broad st_
Address of defendant's attorney

_MarkShea@shearock.com_
E-mail address of defendant's attorney

_617 577 8722_
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney