AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>BOONPHET SYSOUMANG<br><br>_____<br>*Defendant* | )<br>)<br>)    Case No.    26-mj-4166-DHH<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    BOONPHET SYSOUMANG                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☑ Complaint

❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:    **May 5, 2026**                                            _Karel H. Kennedy_
                                                                                  *Issuing officer's signature*

City and state:    Worcester, Massachusetts                    David H. Hennessy, United States Magistrate Judge
                                                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)*    5-14-26    , and the person was arrested on *(date)*    5-14-26
at *(city and state)*    Gardner, MA        .

Date:    5-14-26                                            _Dennis Siaw_
                                                                                  *Arresting officer's signature*

                                                                                  Ofc. Dennis Siaw
                                                                                  *Printed name and title*